**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JACQUELINE CURRY,**

                    **Plaintiff,**

**v.**                                                **Case No:  6:11-cv-963-Orl-36GJK**

**HSBC TECHNOLOGY & SERVICES,**
**LLC,**

                    **Defendant.**

_____

## <u>ORDER</u>

This cause comes before the Court upon the Report and Recommendation filed by
Magistrate Judge Gregory J. Kelly on July 15, 2013.   (Doc. 101.)   In the Report and
Recommendation, Judge Kelly recommends granting in part and denying in part Defendant
HSBC Technology & Services, LLC's ("HSBC") proposed Bill of Costs (Doc. 93-1) and
overruling Plaintiff Jacqueline Curry's ("Curry") objections to the Bill of Costs (Doc. 94,
"Plaintiff['s] Response to Defendant's Motion for Taxation of Costs").  *Id.* at 7.  Curry filed an
Objection to the Report and Recommendation on July 26, 2013.  (Doc. 102.)  No objections were
filed by Defendant HSBC.   Accordingly, the Report and Recommendation is now ripe for
review.

Federal Rule of Civil Procedure 72(b)(2), in pertinent part, provides that "a party may
serve and file specific written objections to . . . proposed findings and recommendations."   Once
a timely objection to the Report and Recommendation is made, the district judge "shall make a
*de novo* determination of those portions of the report or specified proposed findings or
recommendations to which objection is made."   28 U.S.C. § 636(b)(1)(C); *Jeffrey S. v. State
Board of Education of State of Georgia,* 896 F.2d 507, 512 (11th Cir. 1990). The district judge

may accept, reject, or modify in whole or in part, the report and recommendation of the magistrate judge. Fed. R. Civ. P. 72(b)(3). The district judge may also receive further evidence or recommit the matter to the magistrate judge with further instructions. *Id.* The district judge reviews legal conclusions de novo, even in the absence of an objection. *See Cooper-Houston v. Southern Ry.*, 37 F.3d 603, 604 (11th Cir. 1994).

In Plaintiff Curry's one-page Objection to the Report and Recommendation, she objects to the Magistrate Judge's recommendations, generally, but does not provide a basis for her objection. Doc. 102. Instead, she "requests an itemized listing of all claimed costs." *Id.* As Curry has not articulated any basis underlying her objection to the Magistrate Judge's findings, the Court finds her objection to be meritless. Plaintiff's objection to the Report and Recommendation is, therefore, overruled. After careful consideration of the Report and Recommendation of Magistrate Judge Kelly, in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 101) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

2. Plaintiff's objections to the proposed Bill of Costs (Doc. 94) are hereby **OVERRULED** for the reasons expressed in the Magistrate Judge's Report and Recommendation.

3. Defendant's proposed Bill of Costs (Doc. 93-1) is **GRANTED in part and DENIED in part**. For the reasons expressed in the Magistrate Judge's Report

and Recommendation, Defendant's proposed Bill of Costs is **DENIED** with respect to its request for the purported cost associated with "Copies of Discovery Pleadings" and **GRANTED** with respect to all other costs.

4. The Clerk is directed to tax costs in favor of Defendant in the amount of $4,909.14, plus post judgment interest.

**DONE** and **ORDERED** in Orlando, Florida on October 9, 2013.

Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties
United States Magistrate Judge Gregory J. Kelly